

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,285-01

### EX PARTE JERRY CARROLL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 9954 IN THE 411TH DISTRICT COURT
### FROM TRINITY COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of improper relationship between educator and student, and indecency with a child and sentenced to twenty years years' imprisonment. The Sixth Court of Appeals affirmed his conviction. *Carroll v. State*, No. 06-18-00052-CR (Tex. Crim. App. —Texarkana, Oct. 31, 2018). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. The record does not include the judgment, plea papers, transcript from the writ hearing, or the affidavit from trial counsel as referred to in the trial court's findings of fact and conclusions of law.

On November 18, 2020, this Court ordered the district clerk to supplement the record by

either forwarding to this Court the missing documents or certify in writing that these documents are not part of the record. The clerk was ordered to respond within thirty days from the date of the order but the clerk has not responded to this Court's order.

We remand this application to the trial court, which shall ensure that the habeas record is supplemented with the missing documents, including, among other things, any affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). The trial court shall respond within thirty days from the date of this order. Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 6th, 2022
Do not publish